

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2022

No. 04-21-00094-CV

**CITY OF EAGLE PASS,**
Appellant

v.

Isabel Velasquez **PEREZ,** individually and a/n/f of Vanessa Velasquez, minor,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 18-01-35130-MCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
          Beth Watkins, Justice
          Liza A. Rodriguez, Justice

On March 23, 2022, appellee filed a "Motion to Issue Mandate, or in the Alternative, Renewed Motion to Lift Stay." On April 4, 2022, appellant filed a response. Appellee's Motion is **DENIED.**

It is so **ORDERED** on May 10, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court